## MEMPHIS TROTTING ASS'N v. SMATHERS.

(Supreme Court, Appellate Division, First Department.   July 12, 1906.)

DISCOVERY—INSPECTION OF INSTRUMENTS.
   Where, on a motion to permit an inspection of an affidavit, it appeared that the original had been destroyed, and there was no motion for the inspection of a copy, nor proof of the existence of a copy, the motion was properly denied.

Appeal from Special Term, New York County.

Action by the Memphis Trotting Association against Elmer E. Smathers.   From an order denying a motion for leave to inspect an affidavit, defendant appeals.   Affirmed.

Argued before O'BRIEN, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

Jno. J. Adams, for appellant.
Parker, Hatch & Sheehan, for respondent.

PER CURIAM.   It would appear that the original affidavit has been destroyed, and solely because of the insufficiency of the papers in showing that a copy is still in existence, and the fact that no motion was made for the inspection of such copy.   We think that the proper disposition will be to affirm the order, with $10 costs and disbursements, but with leave to move for the inspection of the copy if so advised.